THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark Eric
 Seitz, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No.  2010-UP-245
Submitted April 1, 2010  Filed April 21,
 2010
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Mark Eric
 Seitz appeals his conviction for grand larceny.  On appeal, Seitz argues the
 trial court erred in admitting an unduly suggestive identification of Seitz
 involving a single photograph and in failing to grant a directed verdict
 motion.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.